# MINUTE ORDER

## Magistrate Judge Ann E. Vitunac

**Alto Lee Adams, Sr., U.S. Courthouse (FTP) Courtroom 4074**   Date: 4/11/2025   Time: 10:00 a.m.

- **Defendant:** Jeison Julian Caballero-Luque   **J#:** 06461-479   **Case #:** 25-MJ-00042-VITUNAC
- **AUSA:** Michael Porter   **Attorney:** AFPD-Renee Sihvola
- **Violation:** Reentry of Deported Alien   **Surr/Arrest Date:** 4/11/2025   **YOB:** 1995
- **Proceeding:** Initial Appearance   **CJA Appt:**
- **Bond/PTD Held:** ☐ Yes  ☐ No   **Recommended Bond:** Pretrial Detention
- **Bond Set at:** Temporary Pretrial Detention   **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

**Language:** English

Defendant present and sworn. Defendant advised of rights, charges, maximum penalties, and fines. Defendant voir dired re: Indigency. The Court finds the Defendant indigent. AFPD appointed. The Government seeks pretrial detention based on risk of flight. The Defense requests 3 days. The Court orders temporary pretrial detention.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
- Report RE Counsel:
- PTD/Bond Hearing: Wednesday, April 16, 2025  WPB Duty  10 AM
- Prelim/Arraign or Removal: Monday, April 21, 2025  WPB Duty  10 AM
- Status Conference RE:
- D.A.R. 10:05:53   Time in Court: 7 Minutes

s/Ann E. Vitunac                                          Magistrate Judge

Case 2:25-mj-00042-AEV   Document 5   Entered on FLSD Docket 04/11/2025   Page 2 of 2